**Ex parte Dayl FLOURNOY.**

**No. 33791.**

Court of Criminal Appeals of Texas.

March 14, 1962.

Joe Burkett, Frank M. Teveni, San Antonio, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The relief which was granted ·herein is ·shown in our opinion ·in Flournoy v. State,

Tex.Cr.App., 356 S.W.2d 147, this day decided.

Any other question raised herein has become moot, and further relief is denied.